UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

MICHAEL HOUSE,

        Petitioner,             Case No. 2:20-cv-109

v.                                   Honorable Paul L Maloney

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

        Respondents.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's request for preliminary injunctive relief is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:  August 4, 2020                 /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       United States District Judge